Submitted March 21, affirmed April 30, petition for review denied
September 11, 2014 (356 Or 163)

## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## LORETO RODRIGUEZ, JR.,
aka Loreto Rodriguez,
*Defendant-Appellant.*

Jefferson County Circuit Court
12FE0076; A152089

325 P3d 813

Peter Gartlan, Chief Defender, and Anne Fujita Munsey, Senior Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Matthew J. Lysne, Senior Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Egan, Judge, and De Muniz, Senior Judge.

PER CURIAM